**Order entered May 22, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01169-CR

### RODRICK TERRELL SCOTT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 195th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F17-31737-N

## ORDER

Before the Court is appellant's May 20, 2019 third motion to extend the time to file his brief. The brief has been tendered with the motion. We **GRANT** the motion and **ORDER** appellant's brief filed as of the date of this order.

/s/      BILL PEDERSEN, III
            JUSTICE